Slip Op. 04-76

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: GREGORY W. CARMAN

|  |  |  |
|---|---|---|
| ENLIN STEEL CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Court No. 02-00466 |
| UNITED STATES, | : | |
| Defendant. | : | |

## JUDGMENT ORDER

Upon Defendant's motion to dismiss for lack of subject matter jurisdiction of May 5, 2004, based upon the grounds that Plaintiff failed to pay all liquidated duties, charges, or exactions prior to commencement of this action as required by 28 U.S.C. § 2637(a), and upon Plaintiff's failure to present evidence to the contrary, it is hereby

**ORDERED** that Defendant's motion to dismiss is granted; and it is further

**ORDERED** that this action is dismissed.

  /s/  Gregory W. Carman

Dated: June 24, 2004
New York, New York